UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEPHEN KOVACS,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

Case No.: 12-cv-2260 (LDW)

**Notice of Appeal**

---

Notice is hereby given that Petitioner Stephen Kovacs appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered on January 9, 2010.

January 15, 2013

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Nicholas A. Gravante, Jr.

Nicholas A. Gravante, Jr.
(*ngravante@bsfllp.com*)
Thomas M. Ling
(*tling@bsfllp.com*)

575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 446-2300

*Attorneys for Petitioner Stephen Kovacs*